JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIA A.1 ) | CASE NO. 2:20-cv-00722-PSG-JC |
| Plaintiff, ) | |
| ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |
| v. ) | |
| ANDREW SAUL, ) COMMISSIONER OF SOCIAL ) SECURITY ) | |
| Defendant ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $4,000.00 in attorney's fees as authorized by 28 U.S.C. § 2412, and $0.00 for costs as authorized by 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: January 21, 2021

_____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge

---

1 Plaintiffs name is partially redacted to protect her privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.